UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**EDWARD SEPULVEDA, ET AL.,**

    Plaintiffs,

  v.

**BANK OF AMERICA, N.A., ET AL.,**

    Defendants.

Case No. 15-cv-05520-YGR

**VACATING MARCH 8, 2016 HEARING AND EXTENDING BRIEFING SCHEDULE**

Re: Dkt. Nos. 11, 14

Defendants E*Trade Bank, Specialized Loan Servicing, LLC, and Bank of America, N.A. have filed their Motions to Dismiss the Third Amended Complaint of Plaintiffs Edward Sepulveda and Flora Garcia-Sepulveda. (Dkt. Nos. 11 and 14.) Pursuant to this Court's December 21, 2015 Order (Dkt. No. 23) granting the parties' stipulation to continue the schedule for the opposition, replies, and hearing on these motions, Plaintiffs' opposition was due February 9, 2016. No opposition to the motions has been filed as of the date of this order.

The Court directs Plaintiffs to file their opposition no later than March 1, 2016. Defendants may file their replies no later than March 8, 2016. The hearing currently set for March 8, 2016, is **VACATED**. Should the Court require argument on the motions, they will be set for hearing upon further notice.

**IT IS SO ORDERED.**

Dated: February 18, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**