UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD SEPULVEDA, ET AL.**,<br>Plaintiffs,<br>v.<br>**BANK OF AMERICA, N.A., ET AL.**,<br>Defendants. | Case No.  15-cv-05520-YGR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 11, 14 |

Defendants E*Trade Bank, Specialized Loan Servicing, LLC, and Bank of America, N.A. have filed their Motions to Dismiss the Third Amended Complaint of Plaintiffs Edward Sepulveda and Flora Garcia-Sepulveda. (Dkt. Nos. 11 and 14.) On December 17, 2015, Plaintiffs filed a Motion for Extension of Time to File Response. (Dkt. No. 20.) On December 21, 2015, the Court granted the request for extension and set the schedule for the opposition, replies, and hearing on these motions. (Dkt. No. 23.) Pursuant to that Order, Plaintiffs' opposition was due February 9, 2016, but no opposition was filed by that time.

The Court's Order of February 18, 2016, vacated the hearing on the motions and extended Plaintiffs' time to file an opposition to March 1, 2016. (Dkt. No. 26.)

Plaintiffs have filed no opposition to the motions at this time. The Court therefore orders that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  March 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**