UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD SEPULVEDA, ET AL.,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**BANK OF AMERICA, N.A., ET AL.,**<br><br>　　　　　Defendants. | Case No.  15-cv-05520-YGR<br><br>**ORDER VACATING DISMISSAL OF MARCH 10, 2016 AND ENTERING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Re: Dkt. Nos. 28 |

　　　　Plaintiffs Edward Sepulveda and Flora Garcia-Sepulveda and Defendants E*Trade Bank, Specialized Loan Servicing, LLC, and Bank of America, N.A. have filed a stipulation with a request for entry of dismissal with prejudice pursuant to a confidential settlement.  (Dkt. Nos. 28.)

　　　　Pursuant to that request, the Court therefore **ORDERS** that the dismissal without prejudice entered March 10, 2016, is **VACATED**; and this action is **DISMISSED WITH PREJUDICE** in its entirety.

　　　　**IT IS SO ORDERED.**

Dated: May 24, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**